# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **OJORE MULUMBA AJAMU, VII,** ) | **CASE NO. 4:10CV3220** |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **MEMORANDUM** |
| ) | **AND ORDER** |
| **DOUGLAS COUNTY DISTRICT** ) | |
| **COURT, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

This matter is before the court on Plaintiff's Motion to Amend Complaint and Amended Petition. (Filing Nos. 14 and 15.) The court dismissed Plaintiff's Complaint in this matter on January 5, 2011, without prejudice to reassertion in a habeas corpus or similar proceeding. (*See* Filing Nos. 12 and 13.) In response, Plaintiff filed a Motion to Amend Complaint (Filing No. 14) and an Amended Petition (Filing No. 15), which consists of an AO Form 241, Petition for Writ of Habeas Corpus by a Person in State Custody.

Because this case has been dismissed, and because it appears from Plaintiff's filings that he intended the Petition for Writ of Habeas Corpus to be filed in a separate action, IT IS THEREFORE ORDERED that:

1. Plaintiff's Motion to Amend Complaint (Filing No. 14) is denied as moot; and

2. The Clerk of the court is directed to file Plaintiff's Petition for Writ of Habeas Corpus (Filing No. 15) as a new case.

DATED this 9th day of February, 2011.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.